MC-410

# ☐ FORM TO BE KEPT CONFIDENTIAL (if box checked)

APPLICANT (name): MICHAEL E. ALLEN

FOR COURT USE ONLY

APPLICANT IS: ☐ Witness ☐ Juror ☐ Attorney ☒ Party ☐ Other

Person submitting request (name):

APPLICANT'S ADDRESS: Calipatria State Prison

TELEPHONE NO.: P.O. Box-5002 Calipatria. Calif. 92233

FILED

APR - 9 2008

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY [signature] DEPUTY

NAME OF COURT: U.S. District Court, Southern Dist. of California

STREET ADDRESS: 880 Front Street Rm# 4290

MAILING ADDRESS: San Diego, Calif. 92101

CITY AND ZIP CODE:

BRANCH NAME: Southern District of California

NAME OF JUDGE: Thomas J. whelan, Dist. Judge United states

CASE NAME: Allen v. Tilton

REQUEST FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES and ORDER

CASE NUMBER: '08 CV 0650 W CAB

**Applicant requests accommodation under California Rules of Court, rule 989.3, as follows:** 42 U.S.C. Sec. 12101 et.seq.

1. Type of proceeding: ☐ Criminal ☒ Civil
2. Proceedings to be covered *(e.g., bail hearing, preliminary hearing, particular witnesses at trial, sentencing hearing)*: writ of Habeas Corpus
3. Dates accommodations needed *(specify)*: upon Filing
4. Impairment necessitating accommodations *(specify)*: legally mentally Incompetent EX#A Attached a mental impairment under ADA.
5. Type of accommodations *(be specific)*: Be provided with a U.S. Dist. Ct., Southern Dist. of California accommodation of civil or criminal Attorney Pro Bono Program.
6. Special requests or anticipated problems *(specify)*: case Be Refer to the Pro Bono program of the District Court Civil Pro Bono Program or panel.
7. I request that my identity ☐ be kept CONFIDENTIAL ☐ NOT be kept CONFIDENTIAL.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 4-3-08

Michael E. Allen
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE OF APPLICANT)

## ORDER

☐ The request for accommodations is GRANTED because
- ☐ the applicant satisfies the requirements of the rule.
- ☐ it does not create an undue burden on the court.
- ☐ it does not fundamentally alter the nature of the service, program, or activity.
- ☐ Alternate accommodations granted *(specify)*:

☐ The request for accommodations is DENIED because
- ☐ the applicant does not satisfy the requirements of the rule.
- ☐ it creates an undue burden on the court.
- ☐ it fundamentally alters the nature of the service, program, or activity.

*(Specify)*:

Date:

JUDGE



CR

EXHIBIT # A

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF IMPERIAL | |
|---|---|
| In the Matter of Michael Allen<br>Plaintiff,<br><br>vs.<br><br>Defendant.<br><br>DOB: | Jud. Officer: Jeffrey B. Jones<br>Clerk: Toni Escalera<br>Bailiff: R. Flores<br>CSR: Leyla Jones<br>Interpreter: None<br>Language:<br><br>Plaintiff Counsel/DA: Wayne Robinson<br><br>Defendant Counsel/PD: Timothy Reilly |
| Minutes: Hearing: Receipts/Competency/Eval<br><br>Date: August 9, 2007 | Case No. EMH00214<br>El Centro Dept. 5 |
| Charges: | |

Defendant is present, in custody. Counsel for the defendant is present.

Defense counsel submits on the report filed by Imperial County Behavioral Health Services.

People are in agreement with the report.

The court receives the report into evidence and based on that fact **THE COURT FINDS,** the defendant suffers from a mental disorder and is unable to cooperate with his counsel in presenting his defense. The Court reserves on reset of the report.

**IT IS THE ORDER OF THE COURT, matter is set for Placement Hearing on 09/06/2007 at 1:30 pm, Department 5. Criminal proceedings remain suspended. Matter is re-referred to the Imperial County Behavioral Health Services for placement and recommendation.**

Defendant is remanded to the custody of the Department of Corrections.

DIST: ☐ DA ☐ PD ☐ DEF ☐ JAIL ☐ ATTY ☐ PROB ☐ CITY ATTY ☐ DOC

SUPERIOR COURT OF CALIFORNIA
COUNTY OF IMPERIAL

| | |
|---|---|
| In the Matter of Michael Allen<br><br>DOB: 4/22/66 | Jud. Officer: Jeffrey B. Jones<br>Clerk: Francisco Soto<br>Bailiff: David Obeso<br>CSR: Lori Kowalski<br>Interpreter:<br>Language:<br><br>Plaintiff Counsel/DA: Wayne Robinson<br><br>Defendant Counsel/PD: Tim Reilly |
| Order: **Judgment and Commitment**<br><br>Date: **September 6, 2007** | **Case No.** EMH00214 (JCF19796)<br>El Centro Dept. 5 |
| **Charges:** | |

The above entitled case came before this court on 6/21/07 on the filing of an indictment, charging the defendant with a crime to wit, **BATTERY ON NON-CONFINED PERSON BY PRISONER in violation of PC4501.5 and CUSTODIAL POSSESSION OF WEAPON in violation of PC4502(a).**

The records show the defendant appeared in court represented by his attorney at which time criminal proceedings were suspended. Doctors were appointed by the court to examine the defendant for determination of his mental competency. Hearing was held before this court without a jury and written reports were received from the above doctors in lieu of testimony.

**IT IS THE FINDING OF THE COURT,** after considering the doctor's written report regarding the question of mental competency of the defendant, that the defendant is mentally incompetent.

**IT IS THE ORDER OF THE COURT** that the defendant be committed to **PATTON STATE HOSPITAL** for care and treatment as a mentally incompetent person. Maximum term of commitment is 3 years. No credit for time served.

**IT IS THE FURTHER ORDER OF THE COURT** the authorities at **PATTON STATE HOSPITAL** report to the court within the next 90 days as to the condition and probability of recovery of the defendant, and thereafter the authorities shall report from time to time as to the condition of the defendant until his or her mental competency has been restored and the patient is ready to be returned to court for reinstatement of criminal proceedings. Review Hearing is set for 11/29/07 at 1:30 p.m. in Department 5.

**IT IS THE FURTHER ORDER OF THE COURT** that the Sheriff of the County of Imperial take and deliver the defendant to the proper authorities at **PATTON STATE HOSPITAL** to be cared for as provided by law and upon receiving a certification of mental competency pursuant to Section 1373 of the California Penal Code, return the defendant to this county and present him or her in this court as soon thereafter as possible.

Date: ______________________________
JUDGE OF THE SUPERIOR COURT

Date: JOSE O. GUILLEN, COURT EXECUTIVE OFFICER

By: ______________________________
Deputy Clerk