# UNITED STATES DISTRICT COURT

**Southern District of California**

Michael E Allen
Plaintiff,
v.
James Tilton
Defendant.

Case No.: 3:08−cv−00650−W−CAB
Judge Thomas J. Whelan

---

**JUDGMENT IN A CIVIL CASE**

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Court denies Petitioner's 28 U.S.C. 2241 petition as improper...

W. Samuel Hamrick, Jr.,
Clerk of the Court

Date: 4/23/08

By: s/ A. Everill, Deputy Clerk

ENTERED ON: April 23, 2008